**Order entered June 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00856-CR

### EX PARTE ALEJANDRO TOVAR

**On Appeal from the County Criminal Court No. 11**
**Dallas County, Texas**
**Trial Court Cause No. MC13-A1095**

## ORDER

The Court has received appellant's notice of appeal from the trial court's order denying the relief sought by his application for writ of habeas corpus. The appeal is accelerated pursuant to Texas Rule of Appellate Procedure 31.

We **ORDER** the Dallas County District Clerk to file, by **JULY 19, 2013**, the clerk's record containing the documents related to the habeas corpus proceeding, including the trial court's written order denying appellant the relief sought by his application for writ of habeas corpus.

We **ORDER** the court reporter of the County Criminal Court No. 11 to file, by **JULY 19, 2013**, the reporter's record of all hearings related to the habeas corpus proceedings.

Appellant's brief is due by **AUGUST 9, 2013**. The State's brief is due by **AUGUST 30, 2013**.

The appeal will be submitted without argument on **October 11, 2013** to a panel consisting of Justices FitzGerald, Francis, and Myers.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Elizabeth Frizell, Presiding Judge, County Criminal Court No. 11; the Dallas County Clerk's Office, Criminal Records Division; Vearneas Faggett, Official Court Reporter, County Criminal Court No. 11; and to counsel for all parties.

/s/  CAROLYN WRIGHT
   CHIEF JUSTICE